UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAO GUAN,<br><br>  Plaintiff,<br><br>v.<br><br>SUSAN CURDA et al.,<br><br>  Defendants. | Case No. 2:22-cv-06312-SB-PVC<br><br>ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

  On September 21, 2022, Plaintiff filed proof that Defendant Susan Curda was served on September 19, 2022. Dkt. No. 12. Generally, the United States, United States agencies, and United States officers and employees must answer a complaint within 60 days after service. *See* Fed. R. Civ. P. 12(a)(2). Responsive pleadings were due on November 18, 2022. None has been filed, and Plaintiff has not sought entry of default or default judgment. Plaintiff is ordered to show cause, in writing, no later than December 12, 2022, why this action should not be dismissed for lack of prosecution.

  The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a). No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.

  Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order. Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED.

Date: December 5, 2022

                     Stanley Blumenfeld, Jr.
                     United States District Judge